SECRET

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DARIUS RYAN THOMAS,<br>[DOB: 11-10-1996]<br><br>　　　　　Defendant. | No. 23-03128-01-CR-S-BP<br><br>**COUNT 1**<br>18 U.S.C. §§ 922(g)(3) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>$100 Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or between June 1, 2023, and August 1, 2023, in Greene County, in the Western District of Missouri, the defendant, **DARIUS RYAN THOMAS**, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed a firearm, that is, a Glock, 29, 10 mm, semi-automatic pistol, bearing serial number AGSC555, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT 2

On or about July 31, 2023, in Greene County, in the Western District of Missouri, the defendant, **DARIUS RYAN THOMAS**, in connection with the attempted acquisition of a firearm,

a Fort Barnes Armory, FBA-15, multi-caliber pistol, bearing serial number FB01017, from Armed Sources Gun and Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to Armed Sources Gun and Pawn, which statement was intended and likely to deceive Armed Sources Gun and Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, when in fact as the defendant then knew, he was an unlawful user of marijuana, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL.**

*/s/ Clint Strong*
**FOREPERSON OF THE GRAND JURY**

*/s/ Stephanie Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: 11/14/2023
Springfield, Missouri

2